STATE v. SHOEMAKER

No. 243P86.

Case below: 80 N.C. App. 95.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986. Motion to dismiss appeal for lack of substantial constitutional question filed by the State allowed 2 July 1986.

STATE v. SWEATT

No. 343P86.

Case below: 74 N.C. App. 207.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 July 1986.

STATE v. TAYLOR

No. 233P86.

Case below: 79 N.C. App. 635.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

STATE v. VAUGHT

No. 351PA86.

Case below: 80 N.C. App. 486.

Petition by the State for discretionary review under G.S. 7A-31 allowed 2 July 1986. Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

STATE v. WILLIAMS

No. 285P86.

Case below: 80 N.C. App. 168.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.